JOHN CRAMER, 2d, Receiver, etc., Appellant, *v.* WILLIAM H. BLOOD, Respondent.

To entitle a judgment creditor to attack a disposition made of the debtor's property, he must be able to show that the disposition was such that something remains of it or its proceeds, which ought to be applied upon his judgment. Where, therefore, one received from the debtor's wife the avails of his property in her hands with intent to defraud a creditor, with an agreement to retain or use it as the debtor and wife might want, but, before the recovery of judgment for the debt by the creditor, he has returned it or paid it out as directed by the debtor, and has settled with and been discharged from all claim by the latter, he is not liable to the judgment creditor therefor.

(Argued January 5, 1872; decided May term, 1872.)

THIS action was brought by plaintiff as receiver of the property, etc., of one William A. Lowd, appointed in proceedings supplementary to execution in an action brought by John W. Smith against Lowd. Lowd's wife had in her hands the avails of his property, which had been disposed of by defendant with intent to defraud Smith. Defendant, with the same fraudulent intent, induced Mrs. Lowd (without the knowledge of Lowd) to place in his hands $200 of the avails, for the use of Lowd and wife, as they might want. Defendant paid out most of the money at Lowd's request, and upon a note signed by him as surety, applying a small portion upon an account, and before the recovery of Smith's judgment, settled with Lowd and wife, and was discharged from all claims.

Plaintiff obtained judgment, which, upon appeal to the General Term, was reversed.

*E. F. Bullard* for the appellant.

*A. Pond* for the respondent.

GRAY and LEONARD, CC., read for affirmance.

All concur.

Order affirmed and judgment absolute against plaintiff, with costs.